# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

Raheem Muhammad
Plaintiff, Pro Se

v.

Sabrosura Foods, LLC
1400 North 7th Street
Freeport, Illinois 61032
Defendant.

RECEIVED

FEB 17 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

26·50062

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Plaintiff Raheem Muhammad, proceeding pro se, files this Complaint against Defendant Sabrosura Foods, LLC and states as follows:

## 1. JURISDICTION
This action is brought pursuant to federal employment discrimination laws, including the Age Discrimination in Employment Act (ADEA) and related federal statutes. Jurisdiction is proper under 28 U.S.C. § 1331.

## 2. PARTIES
Plaintiff is a resident of Freeport, Illinois. Defendant Sabrosura Foods, LLC operates a business in Freeport, Illinois within this judicial district.

## 3. EEOC CHARGE
Plaintiff filed EEOC Charge No. 443-2025-00171. A Notice of Right to Sue was issued, and this Complaint is filed within the statutory 90-day period.

## 4. STATEMENT OF FACTS
Plaintiff was subjected to ongoing workplace discrimination and harassment, including:
• Age discrimination in assignments
• Unequal workload distribution
• Preferential treatment toward younger employees
• Targeted scrutiny and disciplinary actions

Plaintiff filed multiple Human Resources complaints regarding harassment, safety violations, and discriminatory treatment. No corrective action was taken.

Following these complaints, Plaintiff experienced retaliation, including increased write-ups, suspension, and hostile managerial conduct.

Plaintiff reported hazardous workplace safety concerns which were ignored or dismissed.

Plaintiff was suspended under disputed allegations and ultimately terminated on November 5, 2024. Plaintiff asserts the termination was discriminatory and retaliatory.

## 5. CLAIMS FOR RELIEF
Count I – Age Discrimination
Count II – Retaliation
Count III – Hostile Work Environment

## 6. DAMAGES
Plaintiff suffered loss of wages, emotional distress, reputational harm, and financial hardship. Plaintiff seeks back pay, front pay, compensatory damages, punitive damages, costs, and all relief allowed by law.

## 7. JURY DEMAND
Plaintiff demands trial by jury.

## PRAYER FOR RELIEF
Plaintiff respectfully requests judgment in his favor and all appropriate relief.

Respectfully submitted,

Raheem Muhammad
112 W. Linden St.
Freeport, IL 61032

Plaintiff, Pro Se

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Milwaukee Area Office**
310 West Wisconsin Avenue, Suite 500
Milwaukee, Wisconsin 53203
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Raheem Muhammad
112 W. Linden St.
Freeport, IL 61032

Re: Raheem Muhammad v. Sabrosura Foods
EEOC Charge Number: 443-2025-00171

Dear Raheem,

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact Shannon Lemke by telephone at (414) 662-3706 or email at Shannon.Lemke@eeoc.gov.

Sincerely,

*Shannon Lemke/NK*

Shannon Lemke
Investigator

12/8/2025

Enclosure

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Milwaukee Area Office**
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/25/2025

**To:** Mr. Raheem Muhammad
112 W Linden St
FREEPORT, IL 61032

Charge No: 443-2025-00171

EEOC Representative and email:     SHANNON LEMKE
INVESTIGATOR
SHANNON.LEMKE@EEOC.GOV

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of the EEOC's official notice of dismissal. Otherwise, your right to sue based on the above-numbered charge will be lost.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 443-2025-00171.

On behalf of the Commission,

Digitally Signed By:Amrith Aakre
11/25/2025
Amrith Aakre
District Director

**Cc:**

Jessica Roe
60 South Sixth Street Suite 2630
Minneapolis, MN 55402

Mary Gorski
7900 International Drive Suite 140
Bloomington, MN 55425

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 443-2025-00171 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 443-2025-00171 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.